JOHN M. RUCKER *et al.*, Respondents, *v.* JOHN M. ROBINSON *et al.*, Appellants.

1. Where appellant fails to file in the Supreme Court a statement and brief, judgment may be affirmed, with six per cent. damages.

*Appeal from St. Louis Circuit Court.*

*Napton* and *Lewis*, for respondents.

*Alexander, Broadhead*, and *Cline*, and *Lackland, Martin & Lackland*, for appellants.

WAGNER, Judge, delivered the opinion of the court.

In this case the appellants have failed to file any statement and brief, as required by the statute.

The judgment will therefore be affirmed, with six per cent. damages. The other judges concur.